# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHELE MILLER,

          Plaintiff,

v.

LONGS DRUGS DBA CVS HEALTH, et al.,

          Defendants.

Case No.: 2:22-cv-1150-JAD-VCF

**REFERRAL TO PRO BONO PROGRAM**

Before the court is the motion for appointment of counsel (ECF No. 8).

Civil litigants do not have a right to appointed counsel. The court will not appoint counsel for this case.

However, the court will refer this case to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Michele Miller. The scope of appointment will be to help plaintiff with service of process through representation at the early neutral evaluation session. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that the motion for appointment of counsel (ECF No. 8) is DENIED.

**IT IS FURTHER ORDERED that** this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk forwards this order to the Pro Bono Liaison.

DATED this 24th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE