# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHELE DANISE MILLER,

    Plaintiff(s),

v.

LONGS DRUGS DBA CVS HEALTH, et al.,

    Defendant(s).

2:22-cv-01150-JAD-VCF

**ORDER**

Before the Court is the motion for order granting pro bono counsel's request to waiver pacer fees (ECF NO. 17).

Under the Second Amended General Order 2019-07 Section 1(g), attorneys who have taken on the pro bono representation shall not be charged fees for use of the Court's electronic filing system (PACER) in the case on which they are serving as pro bono counsel.

This case was referred to the pro bono program for appointment of counsel on January 24, 2023. (ECF NO. 9). Tye S. Hanseen, Esq., Reagan A. Weber, Esq., Nicholas Crosby, Esq., William Reese Levins, Esq., and the law firm of Marquis & Aurbach, have appeared and are appointed as pro bono counsel of record for plaintiff Michele Danise Miller. (ECF Nos. 10, 11, 12, 13).

Accordingly,

IT IS HEREBY ORDERED that the motion for order granting pro bono counsel's request to waiver pacer fees (ECF NO. 17), is GRANTED.

Pro bono counsel Tye S. Hanseen, Esq., Reagan A. Weber, Esq., Nicholas Crosby, Esq., William Reese Levins, Esq., and the law firm of Marquis & Aurbach, are not to be charged pacer fees for this case. Any pacer fees incurred by Pro bono counsel Tye S. Hanseen, Esq., Reagan A. Weber, Esq., Nicholas Crosby, Esq., William Reese Levins, Esq., and the law firm of Marquis & Aurbach, are waived.

The Clerk of Court is directed to mail and email a copy of this order to pacer at the following address.

PACER Service Center
P.O. Box 780549
San Antonio, TX 78278
(800) 676-6856
pacer@psc.uscourts.gov

DATED this 29th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE