ETHAN D. THOMAS
Bar No. 12874
ANDREW S. CLARK
Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: edthomas@littler.com
Email: asclark@littler.com

Attorneys for Defendant
CAREMARK, L.L.C.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE DANISE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>LONG DRUGS DBA CVS HEALTH, et al.,<br><br>Defendant | Case No. 2:22-cv-01150-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff, Michelle Danise Miller ("Ms. Miller"), and Defendant, Caremark, L.L.C. (incorrectly named in the Amended Complaint as Long Drugs DBA CVS Health) (hereinafter referred to as "Defendant"), hereby agree and stipulate to extend the time for Defendant to file a response to the Amended Complaint from the current deadline of April 19, 2023, up to and including **May 19, 2023**.

This is the second request for an extension of time to respond to the Complaint. The requested extension is necessary as the parties are currently conferring regarding Defendant's contention that Ms. Miller's claims are subject to a valid arbitration agreement. The additional time will allow the parties to review the relevant documents and determine whether a stipulation to dismiss and arbitrate this case is appropriate. To the extent a stipulation is possible, it would obviate the need for filing a response to the Complaint in Court.

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV
89169.5937
702.862.8800

This is the second request for an extension of time to respond to the Amended Complaint and is made in good faith and not for purposes of delay.

Dated: April 18, 2023                                                  Dated: April 18, 2023

Respectfully submitted,                                             Respectfully submitted,

/s/ Tye S. Hanseen, Esq.                                              /s/ Andrew S. Clark, Esq.

Tye S. Hanseen, Esq.  
Nicholas Crosby, Esq.  
Reagan Weber, Esq.  
William Reese Levins, Esq.  
MARQUIS AURBACH

Attorneys for Plaintiff,  
MICHELE DANISE MILLER

Ethan D. Thomas, Esq.  
Andrew S. Clark, Esq.  
LITTLER MENDELSON, P.C.

Attorneys for Defendant,  
CAREMARK, L.L.C.

**IT IS SO ORDERED.**

Dated: 4-24-2023

_____
UNITED STATES MAGISTRATE JUDGE

4871-5940-5149.1 / 090142-1424