**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
W. Reese Levins, Esq.
Nevada Bar No. 15951
10001 Park Run Drive
Reagan A. Weber, Esq.
Nevada Bar No. 16151
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
thanseen@maclaw.com
rlevins@maclaw.com
rweber@maclaw.com
  *Attorneys for Plaintiff Michele Danise Miller*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE DANISE MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>LONGS DRUGS DBA CVS HEALTH, et al.,<br><br>Defendants. | Case Number:<br>2:22-cv-001150-JAD-VCF<br><br>ECF No. 25 |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS THE ACTION (ECF NO. 24)**
**(FIRST REQUEST)**

Plaintiff Michele Danise Miller ("Plaintiff"), through her counsel of record, the law office of Marquis Aurbach, and Long Drugs dba CVS Health ("Defendant"),[1] through its counsel of record, the law firm of Littler Mendelson, P.C., hereby agree and jointly stipulate the following:

---

[1] Defendant maintains that Caremark, L.L.C., not Longs Drugs DBA CVS Health, is the proper party to this action.

Page 1 of 3

MAC:08988-181 5101245_1

1. Marquis Aurbach has been representing Plaintiff in this case through Legal Aid on a pro bono basis.

2. Circumstances have arisen between Plaintiff and Marquis Aurbach, which have resulted in Marquis Aurbach not being comfortable continuing with the representation.

3. Marquis Aurbach has notified Legal Aid it plans to withdraw from the case.

4. Legal Aid has indicated that it will put Plaintiff on the waitlist for assignment to new pro bono counsel.

5. Defendant's Motion to Compel Arbitration and to Dismiss the Action, or, Alternatively, to Stay the Action Pending Arbitration (ECF NO. 24), however, is pending before the Court and Plaintiff's response is due June 2.

6. The basis for this stipulation and extension of time is to allow Marquis Aurbach time to withdraw and Legal Aid and/or the magistrate overseeing the federal pro bono program to obtain/assign new counsel for Plaintiff.

7. Accordingly, the parties have agreed to extend Plaintiff's time to respond to the Defendant's Motion 60 days from June 2, 2023 to August 1, 2023.

8. Marquis Aurbach's formal request to withdraw from the case will follow this Stipulation.

9. This is the first request for an extension of this deadline.

/ / /
/ / /
/ / /
/ / /
/ / /

MAC:08988-181 5101245_1

10. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 25th day of May, 2023 | Dated this 25th day of May, 2023 |
| MARQUIS AURBACH | LITTLER MEDELSON, P.C. |
| By: /s/ Tye S. Hanseen <br> Nick D. Crosby, Esq. <br> Nevada Bar No. 8996 <br> Tye S. Hanseen, Esq. <br> Nevada Bar No. 10365 <br> W. Reese Levins, Esq. <br> Nevada Bar No. 15951 <br> Reagan A Weber, Esq. <br> Nevada Bar No. 16151 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Plaintiff <br> Michele Danise Miller*Plaintiff* | By: /s/ Andrew S. Clark <br> Ethan D. Thomas, Esq. <br> Nevada Bar No. 12874 <br> Andrew S. Clark, Esq. <br> Nevada Bar No. 14854 <br> 3960 Howard Hughes Pkwy., Suite 300 <br> Las Vegas, Nevada 89169 <br> Attorneys for Defendant <br> Long Drugs dba CVS Health |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/2/23

MAC:08988-181 5101245_1