UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Nevada

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-01150-JAD-VCF

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/17/2022

Date of judgment or order you are appealing: November 27, 2023

Docket entry number of judgment or order you are appealing: No. ECF 37

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes   ☐ No   ☉ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Michele D. Miller

Is this a cross-appeal?  ☐ Yes   ☉ No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ☐ Yes   ☉ No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

247 Eastdale Road, S

APT H

City: Montgomery   State: AL   Zip Code: 36117

Prisoner Inmate or A Number (if applicable): N/A

**Signature** *Michele D. Miller*   **Date** December 26, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Michele D. Miller

Name(s) of counsel (if any):

Pro Se

Address: 247 Eastdale Road, S APT H
Telephone number(s): 334.549.1308
Email(s): mmiller143@hotmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

CVS Health, CVS Health Corporation, Caremark, LLC, Long Drugs DBA CVS Health

Name(s) of counsel (if any):

Ethan D. Thomas Nevada Bar No. 12874 LITTLER MENDELSON P.C.

Address: 3960 Howard Hughes Parkway Suite 300  Las Vegas, Nevada 89169.59
Telephone number(s): 702.862.8800
Email(s): edthomas@littler.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellees**

Name(s) of party/parties:

CVS Health, CVS Health Corporation, Caremark, LLC, Long Drugs DBA CVS Health

Name(s) of counsel (if any):

Andrew S. Clark Nevada Bar No. 14854 LITTLER MENDELSON, P.C.

Address: 3960 Howard Hughes Parkway Suite 300  Las Vegas, Nevada 89169

Telephone number(s): 702.862.8800

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                  2                                                  *New 12/01/2018*