UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Michele D. Miller,

    Plaintiff

v.

Long Drug Stores California, LLC,

    Defendant

Case No.: 2:22-cv-01150-JAD-VCF

**Order Continuing *In Forma Pauperis* Status for Appeal**

[ECF No. 43]

The United States Court of Appeals for the Ninth Circuit referred this matter back to this court for the limited purpose of determining whether *in forma pauperis* status should continue for this appeal. 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."[1] An appeal is taken in "good faith" when it seeks review of any issue that is "non-frivolous."[2] An issue "is frivolous where it lacks an arguable basis either in law or in fact."[3]

In this employment-discrimination case, plaintiff Michele Miller brought racial-discrimination, hostile-work-environment, and retaliation claims against her former employer, Long Drug Stores California, LLC d/b/a CVS.[4] CVS moved to compel arbitration and provided credible evidence showing that Miller e-signed an arbitration agreement through CVS's secure portal prior to her first day.[5] She responded that the agreement was fraudulent, contending that someone else must have forged her signature and presenting evidence purporting to show that

---

[1] 28 U.S.C. § 1915(a)(3).

[2] *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

[3] *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

[4] ECF No. 6.

[5] ECF No. 24.

she did not log into the new-hire portal when CVS said she did.[6]  I granted CVS's motion and dismissed Miller's case, finding that CVS had "shown by a preponderance of evidence that Miller signed an arbitration agreement that governs her discrimination and retaliation claims."[7]  I assume that Miller will raise similar issues, as well as those she has raised in her recent motion to alter judgment,[8] on appeal.  I find that Miller's evidentiary concerns about the authenticity of the signed arbitration agreement that CVS produced are brought in good faith.  So I conclude that she is entitled to *in forma pauperis* status for this appeal.

Accordingly, IT IS HEREBY ORDERED that **Michele Miller's *in forma pauperis* status should CONTINUE for this appeal** (Ninth Cir. Case No. 24-17).  **The Clerk of Court is DIRECTED to notify the Ninth Circuit Court of Appeals that this court DOES NOT elect to revoke Michele Miller's *in forma pauperis* status**.

_____
U.S. District Judge Jennifer A. Dorsey
January 23, 2024

---

[6] ECF No. 30.
[7] ECF No. 37 at 5.
[8] ECF No. 38.